JAY E. SMITH (CA Bar No. 162832)
DAVID H. COBURN (Pro hac vice application pending)
Steptoe & Johnson LLP
633 West Fifth St.
Suite 700
Los Angeles, VA 90071
(213) 439-9400
(213) 439-9599 (fax)
jsmith@steptoe.com

*Attorneys for Intervenor Enbridge Energy, Limited Partnership*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, INDIGENOUS ENVIRONMENTAL NEWORK, and NATIONAL WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>HILLARY CLINTON, in her official capacity as Secretary of State, JAMES STEINBERG, in his official capacity as Deputy Secretary of State, UNITED STATES DEPARTMENT OF STATE, and the UNITED STATES ARMY COPRS OF ENGINEERS,<br><br>Defendants | **CIV.NO.09-4086**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Enbridge is a limited partnership organized in Delaware.  The sole limited partner of Enbridge is Enbridge Energy Partners, L.P. ("EEP") and the general partners of Enbridge are Enbridge Pipelines (Lakehead) L.L.C. and Enbridge Pipelines (Wisconsin) Inc.  EEP is a publicly held master limited partnership based in Houston, Texas.  The general partner of EEP is Enbridge Energy Company, Inc.  EEP is involved in energy transportation in the United States and throughout North America with its affiliate Enbridge Inc, a Calgary, Alberta based company.  Enbridge operates the U.S. portion of the Enbridge Mainline System.  The Canadian portion of the Enbridge Mainline System is operated by a subsidiary of Enbridge Inc. and is regulated by the National Energy Board ("NEB") in Canada.  The U.S. portion of the Enbridge Mainline System, which is commonly referred to as the "Lakehead System," is operated by Enbridge.

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: s/ Jay E. Smith_____
JAY E. SMITH (CA Bar No. 162832)
DAVID H. COBURN (Pro hac vice application pending)
**Steptoe & Johnson LLP**
633 West Fifth St.
Suite 700
Los Angeles, CA 90071
(213) 439-9400
(213) 439-9599 (fax)
jsmith@steptoe.com

*Attorneys for Intervenor Enbridge Energy, Limited Partnership*

Dated: September ___, 2009

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS CIV. NO. 09-4086 (SI)