IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, ET AL., | No. C 09-04086 SI |
| Plaintiffs, | **ORDER GRANTING ENBRIDGE ENERGY, LP'S UNOPPOSED MOTION TO INTERVENE and GRANTING PLAINTIFFS LEAVE TO FILE OVERSIZED BRIEFS** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

Enbridge Energy, LP has moved to intervene in this matter in support of defendants. Defendants do not oppose the motion. Plaintiffs do not oppose the motion on the condition they be granted leave to file oversize briefs in order to address the additional arguments raised by Enbridge. The Court hereby GRANTS the motion to intervene and GRANTS plaintiffs leave to file oversized briefs. [Docket Nos. 17, 39].

**IT IS SO ORDERED.**

Dated: September 21, 2009

SUSAN ILLSTON
United States District Judge